UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTORIA R. GROFF,<br><br>       Plaintiff,<br><br> v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>       Defendant. | Case No. 2:20-cv-54-KJD-BNW<br><br>ORDER |

  Following entry of the Scheduling Order (#15) on April 24, 2020, no party has taken any action of record even as the deadlines to file dispositive motions and the joint pre-trial order passed. On January 29, 2021, the Clerk of the Court notified (#17) Plaintiff that no action of record had been taken for longer than 270 days and that unless Plaintiff took action by February 28, 2021, the Court would dismiss her complaint for want of prosecution in accordance with Local Rule 41-1. Neither party responded to the Clerk's notice. Therefore, in accordance with Federal Rule of Civil Procedure 41(a) and LR 41-1 and good cause being found, the Court dismisses this action for want of prosecution.

  Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED with prejudice** against Defendant in accordance with Rule 41;

  IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

Dated this 12th day of March 2021.

_____
Kent J. Dawson
United States District Judge